IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| BEN RICHARD WILKINSON | ) |
| | ) |
| v. | ) NO. 3-11-0151 |
| | ) JUDGE CAMPBELL |
| UNITED STATES OF AMERICA | ) |

ORDER

In light of the Plaintiff's Notice to Court (Docket No. 20), this action is DISMISSED for the reasons set forth in *Mayo v. United States*, Case No. 3-10-cv-0997, Docket Nos.38 and 39. Any pending Motions are denied as moot, and the Clerk is directed to close the file. This Order shall constitute the final judgment in this case pursuant to Fed. R. Civ. P. 58.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE